# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUGO GIL CANDIDO-BOLANOS,<br><br>Petitioner,<br><br>v.<br><br>JOHN MATTOS, *et al.*,<br><br>Respondents. | Case No. 2:25-cv-1359-RFB-EJY<br><br>**ORDER** |

Before the Court is Hugo Gil Candido-Bolanos's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2251 and Respondents' response. <u>See</u> ECF Nos. 1, 12. The Court finds that it would benefit from a reply.

Therefore, **IT IS HEREBY ORDERED** that Hugo Gil Candido-Bolanos file a reply to the response on or before August 22, 2025, unless more time is requested.

**DATED:** August 12, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**