SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Summer.Johnson@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Hugo Gil Candido-Bolanos,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>John Mattos, Todd M. Lyons, and Kristi Noem,<br><br>　　　　　Respondents. | Case No. 2:25-cv-01359-RFB-EJY<br><br>**Stipulation For Extension of Time to File Response to Emergency Motion for Temporary Restraining Order and Preliminary Injunction**<br><br>**(First Request)** |

　　　　Petitioner Hugo Gil Candido-Bolanos, through counsel, and the United States of America on behalf of Federal Respondents, through undersigned counsel, hereby respectfully move the Court for a brief extension of time from October 1, 2025, to October 2, 2025, to file Federal Respondents' response to Petitioner's Emergency Motion For Temporary Restraining Order And Preliminary Injunction ("Motion for Preliminary Injunction") (ECF No. 25).

　　　　Pursuant to the Court's Order (ECF No. 26), Federal Respondents' response to the Motion for Preliminary Injunction is currently due on October 1, 2025. This represents Federal Respondents' first request for an extension of time in this matter. The request is made in good faith and not for purposes of delay, but rather in response to extraordinary circumstances beyond counsel's control that directly impact the government's ability to meet the current deadline.

**Memorandum of Points and Authorities**

Federal Rule of Civil Procedure 6(b)(1) permits a court, for good cause, to extend a deadline when a request is made before the original time expires. See Fed. R. Civ. P. 6(b)(1)(A). As explained by this Court, the proper procedure when additional time is needed is to submit a timely request prior to the expiration of the deadline. *Johnson v. Barrett*, No. 2:17-cv-02304-RFB-BNW, 2021 U.S. Dist. LEXIS 201338, at *2–3 (D. Nev. Oct. 16, 2021) (citing *Canup v. Miss. Valley Barge Line Co.*, 31 F.R.D. 282, 283 (D. Pa. 1962)). The *Canup* court recognized that "the practicalities of life"—including conflicting professional obligations—often necessitate an enlargement of time. *Id*.

Courts regularly grant extensions of time when supported by a timely showing of good cause. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). In addition, courts have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Good cause exists for the requested brief extension. Due to the present lapse in budgetary funding, the United States Government has entered a shutdown effective today. In her current capacity, undersigned Federal Respondents' counsel, is directing and coordinating the efforts of several attorneys who are simultaneously drafting and readying motions to stay proceedings in multiple matters where the office is unable to continue representation due to this funding lapse. The majority of the support staff in the Civil Division at the United States Attorney's Office have been furloughed as of noon today, October 1, 2025, as will several non-essential Assistant United States Attorneys. These circumstances constitute an extraordinary and unanticipated disruption to government operations that materially affects counsel's ability to finalize and file the response by today's deadline.

The modest 24-hour extension requested herein represents a reasonable accommodation to these unprecedented circumstances while preserving the expedited nature of the Court's scheduling order. Undersigned counsel has conferred with Petitioner's

counsel, who has agreed to this brief extension. Consistent with the Court's existing order, Petitioner would retain until Saturday, October 4, 2025, to file the Reply, thereby maintaining the same briefing schedule contemplated by the Court.

Federal Respondents respectfully submit that Petitioner will suffer no prejudice from this minimal extension, as Federal Respondents anticipate filing their response within one business day of the Court's original deadline, and Petitioner will retain the full period allotted by the Court's order to prepare and file the Reply. The requested extension merely shifts the briefing schedule by 24 hours while preserving all parties' opportunity to be heard and the Court's ability to adjudicate the Motion for Preliminary Injunction on a complete record.

Respectfully submitted this 1st day of October 2025.

|  |  |
|---|---|
| /s/Maria E. Quiroga<br>MARIA E. QUIROGA<br>7935 W. Sahara Ave. Ste. 103<br>Las Vegas, NV. 89117<br><br>*Attorney for Petitioner* | SIGAL CHATTAH<br>Acting United States Attorney<br><br>/s/ Summer A. Johnson<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 1, 2025.