**UNITED STATES DISTRICT COURT**
**FOR THE NEVADA DISTRICT COURT**

**Hugo Gil Candido-Bolanos**

**Petitioners,**

**v.**

**Todd M. Lyons et al**

**Respondents.**

**CIVIL ACTION NO. 2:25-cv-01359-RFB-EJY**

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PETITIONER TO FILE HIS AMENDED PETITION FOR WRIT OF HABEAS CORPUS OR ALTERNATIVE NOTICE**

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PETITIONER TO FILE HIS AMENDED PETITION FOR WRIT OF HABEAS CORPUS OR ALTERNATIVE NOTICE**

The Parties Joint Stipulation to Extent Time for Petitioner to File his Amended Petition for Writ of Habeas Corpus or Alternative Notice, having been read and considered, and good cause having been shown therefor, it is, this Eighth day of October 2026, hereby,

ORDERED, that Parties' Joint Stipulation to Extend Time for Petitioner to File his Amended Habeas Corpus or Alternative Notice for fourteen days is granted and it is further,

ORDERED that Petitioner deadline to file his Amended Petition for Writ of Habeas Corpus or Alternative Notice up to and including October 22, 2026.

SO ORDERED

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE